585 A.2d 403

GILBERT, GILBERT & SCHLOSSBERG v.
VERONICA C. FERRETT.

October 16, 1990.

Petition for certification denied.

585 A.2d 403

JUDITH FRANK v. CITY OF NEWARK.

October 16, 1990.

Petition for certification denied.

585 A.2d 403

MEETING HOUSE PLAZA ASSOCIATES v. THE PLANNING
BOARD OF THE TOWNSHIP OF WALL.

October 16, 1990.

Petition for certification denied.

585 A.2d 403

PATSY CICALESE v. DAVID BASSINDER.

October 16, 1990.

Petition for certification denied.